**Rafaela Mercedes GOMEZ–DELEON, Petitioner–Appellant,**

v.

**IMMIGRATION AND NATURAL-IZATION SERVICE, Respon-dent–Appellee.**

No. 02–2457.

United States Court of Appeals, Second Circuit.

Aug. 29, 2003.

Rafaela Mercedes Gomez–DeLeon, Niantic, Connecticut, pro se.

James K. Filan, Jr., United States Attorney's Office, District of Connecticut, Bridgeport, Connecticut, for Appellee.

Present: FEINBERG, KATZMANN, Circuit Judges, and MURTHA, District of Vermont.*

## SUMMARY ORDER

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the District Court is **AFFIRMED.**

Petitioner–Appellant, Rafaela Mercedes Gomez–DeLeon, *pro se*, appeals from an order and subsequent judgment of the district court's dismissal of her 28 U.S.C. § 2241 petition. For substantially the same reasons stated in the district court opinion, we affirm the district court's dismissal of Gomez–DeLeon's § 2241 petition. In addition, with respect to Gomez–DeLeon's argument that she is entitled to a compassionate hearing, that issue was not raised in the district court and cannot be raised for the first time on appeal. *See Singleton v. Wulff,* 428 U.S. 106, 120–21, 96 S.Ct. 2868, 49 L.Ed.2d 826 (1976). Accordingly, the judgment of the district court is hereby AFFIRMED.

---

* The Honorable J. Garvan Murtha, Judge of the United States District Court, Vermont, sitting by designation.